IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                    No. CIV-S-06-0815 GEB KJM P

    vs.

WARDEN L.A. CHROMES, et al.,

      Defendants.           <u>ORDER</u>

                                /

          Plaintiff is a California prisoner. On April 17, 2006 he filed a document in which he challenges the conditions of his confinement. However, he filed this document on the court's form-application for writ of habeas corpus under 28 U.S.C. § 2254. The court will grant plaintiff thirty days within which to file a complaint under 42 U.S.C. § 1983 on the form to be provided to him by the Clerk of the Court. Plaintiff is warned that if he submits a § 1983 complaint he will be charged the court's $350.00 filing fee which plaintiff will be able to pay in installments. If plaintiff does not file a § 1983 complaint within thirty days, the court will recommend that this action be dismissed.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of 42 U.S.C. § 1983, the Federal Rules of Civil

/////

1

Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.

       3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action by a prisoner.

DATED: April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

1
clai0815.noc(4.17.06)

2