IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

        Plaintiff,             No. CIV S-06-0815 GEB KJM P

    vs.

WARDEN L.A. CHROMES, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has asked that this case be "united" with <u>Claiborne v. Bebe, et al.</u>, 06-0681. A review of court records reveals that there is no case titled <u>Claiborne v. Bebe, et al.</u> currently before the court and plaintiff is not a party to CIV-S-06-0681WBS DAD. Plaintiff's April 25, 2007 request is denied.

DATED: May 8, 2007.

_____

U.S. MAGISTRATE JUDGE