IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                   No. CIV S-06-0815 GEB KJM P

    vs.

WARDEN L.A. CHROMES, et al.,      ORDER AND

      Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Pursuant to documents filed by petitioner, the court has reviewed court records and finds that this action is duplicative of CIV-F-06-0681 AWI DLB PC. Because plaintiff has recently filed an amended complaint in that action, and there is no complaint pending in this action, the court will recommend that this action be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that the findings and recommendations issued by this court on May 18, 2007 are vacated.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file

1 written objections with the court. The document should be captioned "Objections to Findings
2 and Recommendations." Plaintiff is advised that failure to file objections within the specified
3 time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
4 (9th Cir. 1991).
5 DATED: May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

1
clai0815.frs